NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GAMEVICE, INC., FKA WIKIPAD, INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**NINTENDO CO., LTD., NINTENDO OF AMERICA, INC.,**
*Intervenors*

---

2020-1264

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1111.

---

**JUDGMENT**

---

JAMES R. BARNEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellant. Also represented by SMITH BRITTINGHAM, IV, RAJEEV GUPTA, ALEXANDER EDISON HARDING.

AMANDA PITCHER FISHEROW, Office of the General Counsel, United States International Trade Commission,

Washington, DC, argued for appellee. Also represented by
DOMINIC L. BIANCHI, WAYNE W. HERRINGTON, SIDNEY A.
ROSENZWEIG.

GRANT EDWARD KINSEL, Perkins Coie LLP, Seattle,
WA, argued for intervenors. Also represented by DAN L.
BAGATELL, Hanover, NH; JAMES B. COUGHLAN, Washington, DC; RYAN BRODIE HAWKINS, San Diego, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, CLEVENGER and
DYK, *Circuit Judges*).
### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

May 12, 2021         /s/ Peter R. Marksteiner
Date                 Peter R. Marksteiner
                     Clerk of Court